IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| RICHARD J. JENKINS, #138355, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. 1:10cv709-WHA |
| ) | |
| TONY PATTERSON, et al., ) | (WO) |
| ) | |
| Respondents. ) | |

**ORDER**

No timely objection having been filed to the Recommendation of the Magistrate Judge (Doc. #17), entered on October 26, 2010, the Recommendation is adopted, and it is hereby

ORDERED that this petition for habeas corpus relief is DISMISSED without prejudice, to afford the Petitioner an opportunity to exhaust all state court remedies available to him.

DONE this 16th day November, 2010.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE